**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6133**

_____

MICHAEL R. BATCHELOR,

              Petitioner - Appellant,

         v.

WARDEN, BROAD RIVER CORRECTIONAL INSTITUTION,

              Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  David C. Norton, District Judge.
(8:12-cv-01471-DCN)

_____

Submitted:  April 25, 2013          Decided:  April 30, 2013

_____

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael R. Batchelor, Appellant Pro Se.  Donald John Zelenka,
Senior Assistant Attorney General, Melody Jane Brown, Assistant
Attorney General, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael R. Batchelor seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Batchelor has not made the requisite showing. Accordingly, we deny leave to proceed in forma pauperis, deny Bathcelor's motion to appoint counsel, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because

2

the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED